# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: PARAGARD IUD PRODUCTS LIABILITY
LITIGATION                                                                                          MDL No. 2974

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −6)

On December 16, 2020, the Panel transferred 49 civil action(s) to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2020). Since that time, 45 additional action(s) have been transferred to the Northern District of Georgia. With the consent of that court, all such actions have been assigned to the Honorable Leigh Martin May.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge May.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Georgia for the reasons stated in the order of December 16, 2020, and, with the consent of that court, assigned to the Honorable Leigh Martin May.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 01, 2021

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION

MDL No. 2974

## SCHEDULE CTO−6 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **FLORIDA MIDDLE** | | | |
| FLM | 8 | 21−00157 | Hedstrom v. Teva Pharmaceuticals USA, Inc. et al. |
| **MINNESOTA** | | | |
| MN | 0 | 21−00108 | Mulvey−Morawiecki v. Teva Pharmaceuticals USA, Inc. et al |
| **MISSISSIPPI SOUTHERN** | | | |
| MSS | 5 | 21−00010 | Fenn v. Teva Pharmaceuticals USA, Inc. et al |
| **MISSOURI WESTERN** | | | |
| MOW | 4 | 21−00034 | Mogollon v. Teva Pharmaceuticals USA, Inc. et al |
| **NEVADA** | | | |
| NV | 2 | 21−00047 | Ellis v. Teva Pharmaceuticals USA, Inc. et al |
| **TEXAS WESTERN** | | | |
| TXW | 3 | 21−00004 | Schmalzle v. Teva Pharmaceuticals USA, Inc. et al |

# Darci Reich-Smith

| | |
|---|---|
| **From:** | JPMLCMECF@jpml.uscourts.gov |
| **Sent:** | Monday, February 1, 2021 5:58 AM |
| **To:** | JPMLCMDECF |
| **Subject:** | Activity in Case MDL No. 2974 IN RE: Paragard IUD Products Liability Litigation CTO Final Minute Order (Clerks) |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 2/1/2021 at 8:57 AM EST and filed on 2/1/2021

**Case Name:** IN RE: Paragard IUD Products Liability Litigation
**Case Number:** [MDL No. 2974](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-6) Finalized on 2/1/21. Please see pleading (3 in FLM/8:21-cv-00157, [126] in MDL No. 2974, 3 in MN/0:21-cv-00108, 3 in MOW/4:21-cv-00034, 3 in MSS/5:21-cv-00010, 4 in NV/2:21-cv-00047, 3 in TXW/3:21-cv-00004).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Georgia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 2/1/2021.**

**Associated Cases: MDL No. 2974, FLM/8:21-cv-00157, MN/0:21-cv-00108, MOW/4:21-cv-00034, MSS/5:21-cv-00010, NV/2:21-cv-00047, TXW/3:21-cv-00004 (SM)**

| | |
|---|---|
| **Case Name:** | Fenn v. Teva Pharmaceuticals USA, Inc. et al |
| **Case Number:** | [MSS/5:21-cv-00010](#) |

1

**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-6) Finalized on 2/1/21. Please see pleading (3 in FLM/8:21-cv-00157, [126] in MDL No. 2974, 3 in MN/0:21-cv-00108, 3 in MOW/4:21-cv-00034, 3 in MSS/5:21-cv-00010, 4 in NV/2:21-cv-00047, 3 in TXW/3:21-cv-00004).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Georgia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 2/1/2021.**

**Associated Cases: MDL No. 2974, FLM/8:21-cv-00157, MN/0:21-cv-00108, MOW/4:21-cv-00034, MSS/5:21-cv-00010, NV/2:21-cv-00047, TXW/3:21-cv-00004 (SM)**

| | |
|---|---|
| **Case Name:** | Hedstrom vs. Teva Pharmaceuticals USA, Inc. et al. |
| **Case Number:** | FLM/8:21-cv-00157 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-6) Finalized on 2/1/21. Please see pleading (3 in FLM/8:21-cv-00157, [126] in MDL No. 2974, 3 in MN/0:21-cv-00108, 3 in MOW/4:21-cv-00034, 3 in MSS/5:21-cv-00010, 4 in NV/2:21-cv-00047, 3 in TXW/3:21-cv-00004).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Georgia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 2/1/2021.**

**Associated Cases: MDL No. 2974, FLM/8:21-cv-00157, MN/0:21-cv-00108, MOW/4:21-cv-00034, MSS/5:21-cv-00010, NV/2:21-cv-00047, TXW/3:21-cv-00004 (SM)**

| | |
|---|---|
| **Case Name:** | Ellis v. Teva Pharmaceuticals USA, Inc. et al |
| **Case Number:** | NV/2:21-cv-00047 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-6) Finalized on 2/1/21. Please see pleading (3 in FLM/8:21-cv-00157, [126] in MDL No. 2974, 3 in MN/0:21-cv-00108, 3 in MOW/4:21-cv-00034, 3 in MSS/5:21-cv-00010, 4 in NV/2:21-cv-00047, 3 in TXW/3:21-cv-00004).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Georgia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 2/1/2021.**

**Associated Cases: MDL No. 2974, FLM/8:21-cv-00157, MN/0:21-cv-00108, MOW/4:21-cv-00034, MSS/5:21-cv-00010, NV/2:21-cv-00047, TXW/3:21-cv-00004 (SM)**

| | |
|---|---|
| **Case Name:** | Schmalzle v. Teva Pharmaceuticals USA, Inc. et al |
| **Case Number:** | TXW/3:21-cv-00004 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-6) Finalized on 2/1/21. Please see pleading (3 in FLM/8:21-cv-00157, [126] in MDL No. 2974, 3 in MN/0:21-cv-00108, 3 in MOW/4:21-cv-00034, 3 in MSS/5:21-cv-00010, 4 in NV/2:21-cv-00047, 3 in TXW/3:21-cv-00004).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Georgia for filing. The Panel**

governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 2/1/2021.

Associated Cases: MDL No. 2974, FLM/8:21-cv-00157, MN/0:21-cv-00108, MOW/4:21-cv-00034, MSS/5:21-cv-00010, NV/2:21-cv-00047, TXW/3:21-cv-00004 (SM)

| | |
|---|---|
| Case Name: | Mulvey-Morawiecki v. Teva Pharmaceuticals USA, Inc. et al |
| Case Number: | MN/0:21-cv-00108 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-6) Finalized on 2/1/21. Please see pleading (3 in FLM/8:21-cv-00157, [126] in MDL No. 2974, 3 in MN/0:21-cv-00108, 3 in MOW/4:21-cv-00034, 3 in MSS/5:21-cv-00010, 4 in NV/2:21-cv-00047, 3 in TXW/3:21-cv-00004).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Georgia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 2/1/2021.

Associated Cases: MDL No. 2974, FLM/8:21-cv-00157, MN/0:21-cv-00108, MOW/4:21-cv-00034, MSS/5:21-cv-00010, NV/2:21-cv-00047, TXW/3:21-cv-00004 (SM)

| | |
|---|---|
| Case Name: | Mogollon v. Teva Pharmaceuticals USA, Inc. et al |
| Case Number: | MOW/4:21-cv-00034 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-6) Finalized on 2/1/21. Please see pleading (3 in FLM/8:21-cv-00157, [126] in MDL No. 2974, 3 in MN/0:21-cv-00108, 3 in MOW/4:21-cv-00034, 3 in MSS/5:21-cv-00010, 4 in NV/2:21-cv-00047, 3 in TXW/3:21-cv-00004).

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Georgia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 2/1/2021.**

**Associated Cases: MDL No. 2974, FLM/8:21-cv-00157, MN/0:21-cv-00108, MOW/4:21-cv-00034, MSS/5:21-cv-00010, NV/2:21-cv-00047, TXW/3:21-cv-00004 (SM)**

**No public notice (electronic or otherwise) sent because the entry is private**